## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   MICHELLE ANDERSON CABUSAO  §          Case No.: 11-14804
                                     §
                                     §
                                     §
                                     §
       Debtor(s)                     §
_____

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of
the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as
follows:

1)    The case was filed on 04/07/2011.

2)    This case was confirmed on 09/22/2011.

3)    The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on
NA.

4)    The trustee filed action to remedy default by the debtor in performance under the plan on
NA.

5)    The case was converted on 09/21/2012.

6)    Number of months from filing to the last payment:  15

7)    Number of months case was pending:  18

8)    Total value of assets abandoned by court order:  NA

9)    Total value of assets exempted: $      6,500.00

10)   Amount of unsecured claims discharged without payment $        .00

11)   All checks distributed by the trustee to this case have not cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $   11,405.00 |
| Less amount refunded to debtor | $        1.78 |
| **NET RECEIPTS** | $   11,403.22 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $    2,344.00 |
| Court Costs | $         .00 |
| Trustee  Expenses and Compensation | $      534.00 |
| Other | $         .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $    2,878.00 |
| Attorney fees paid and disclosed by debtor | $    1,156.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 89TH & STATE LLC | SECURED | 29,000.00 | .00 | .00 | .00 | .00 |
| 89TH & STATE LLC | UNSECURED | 29,000.00 | NA | NA | .00 | .00 |
| PARKVILLE CONDOMINIU | SECURED | 900.00 | .00 | 1,800.00 | 350.00 | .00 |
| ACE MIDRISE MANAGEME | UNSECURED | 515.00 | NA | NA | .00 | .00 |
| CHASE HOME FINANCE L | SECURED | 124,615.00 | 124,909.70 | .00 | .00 | .00 |
| GMAC MORTGAGE | SECURED | 250,000.00 | .00 | .00 | .00 | .00 |
| GMAC MORTGAGE | UNSECURED | 204,648.00 | NA | NA | .00 | .00 |
| SANTANDER CONSUMER U | SECURED | 9,025.00 | 15,440.46 | 14,630.00 | 6,594.62 | 478.51 |
| SANTANDER CONSUMER U | UNSECURED | 5,605.00 | .00 | 810.46 | .00 | .00 |
| ECMC | UNSECURED | 60,075.00 | 61,050.62 | 61,050.62 | 842.25 | .00 |
| ADVANCE MED IMAGING | UNSECURED | 66.00 | NA | NA | .00 | .00 |
| CANDICA LLC | UNSECURED | 3,230.00 | 3,230.34 | 3,230.34 | 44.57 | .00 |
| WEST BAY ACQUISITION | UNSECURED | 116.00 | NA | NA | .00 | .00 |
| CHELA | UNSECURED | .00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,221.00 | 1,221.15 | 1,221.15 | 16.85 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 8,312.00 | 8,312.58 | 8,312.58 | 114.67 | .00 |
| SPRINT | UNSECURED | 840.00 | NA | NA | .00 | .00 |
| HSBC BANK NEVADA | UNSECURED | 311.00 | 420.19 | 420.19 | .00 | .00 |
| HSBC/HARLEM | UNSECURED | .00 | NA | NA | .00 | .00 |
| ST IL TOLLWAY AUTHOR | UNSECURED | 450.00 | NA | NA | .00 | .00 |
| LAKESHORE PSYCHOTHER | UNSECURED | 60.00 | NA | NA | .00 | .00 |
| LAWRENCE ZAGER | UNSECURED | 125.00 | NA | NA | .00 | .00 |
| NORTHWESTERN MEDICAL | UNSECURED | 1,649.69 | 4,617.30 | 4,617.30 | 63.69 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NORTHWESTERN MEDICAL | UNSECURED | 332.75 | NA | NA | .00 | .00 |
| NORTHWESTERN MEMORIA | UNSECURED | 160.34 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 1,149.00 | 1,454.15 | 1,454.15 | 20.06 | .00 |
| SPRINT | UNSECURED | 843.00 | NA | NA | .00 | .00 |
| SPRINGLEAF FINANCIAL | UNSECURED | .00 | NA | NA | .00 | .00 |
| STUDENT LOAN MKT ASS | UNSECURED | .00 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | .00 | NA | NA | .00 | .00 |
| WFNNB/NEW YORK & CO | UNSECURED | .00 | NA | NA | .00 | .00 |
| JOSEPH CABUSAO | OTHER | .00 | NA | NA | .00 | .00 |
| JOSEPH CABUSAO | OTHER | .00 | NA | NA | .00 | .00 |
| JOSEPH CABUSAO | OTHER | .00 | NA | NA | .00 | .00 |
| JOSEPH CABUSAO | OTHER | .00 | NA | NA | .00 | .00 |
| JOSEPH CABUSAO | OTHER | .00 | NA | NA | .00 | .00 |
| JOSEPH CABUSAO | OTHER | .00 | NA | NA | .00 | .00 |
| JOSEPH CABUSAO | OTHER | .00 | NA | NA | .00 | .00 |
| JOSEPH CABUSAO | OTHER | .00 | NA | NA | .00 | .00 |
| JOSEPH CABUSAO | OTHER | .00 | NA | NA | .00 | .00 |
| JOSEPH CABUSAO | OTHER | .00 | NA | NA | .00 | .00 |
| JOSEPH CABUSAO | OTHER | .00 | NA | NA | .00 | .00 |
| JOSEPH CABUSAO | OTHER | .00 | NA | NA | .00 | .00 |
| JOSEPH CABUSAO | OTHER | .00 | NA | NA | .00 | .00 |
| JOSEPH CABUSAO | OTHER | .00 | NA | NA | .00 | .00 |
| JOSEPH CABUSAO | OTHER | .00 | NA | NA | .00 | .00 |
| CHASE HOME FINANCE L | SECURED | .00 | 7,702.86 | .00 | .00 | .00 |
| CHASE HOME FINANCE | OTHER | NA | NA | NA | .00 | .00 |
| ILLINOIS BELL TELEPH | UNSECURED | NA | 197.36 | 197.36 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 14,630.00 | 6,594.62 | 478.51 |
| All Other Secured | 1,800.00 | 350.00 | .00 |
| **TOTAL SECURED:** | 16,430.00 | 6,944.62 | 478.51 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 81,314.15 | 1,102.09 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ | 2,878.00 |
| Disbursements to Creditors | $ | 8,525.22 |
| | | |
| **TOTAL DISBURSEMENTS:** | $ | 11,403.22 |

12)     The trustee certifies that the foregoing summary is true  and complete and all administrative matters for which the trustee is responsible have been completed.  The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:    10/09/2012                     /s/ Tom  Vaughn
                                          Tom  Vaughn, Chapter  13  Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**